# EXHIBIT 1



## State of California
### Secretary of State

## REGISTRATION OF CLAIM AS SUCCESSOR-IN-INTEREST
(Civil Code section 3344.1)

FILE NO. 2015-017

FILED
Secretary of State
State of California
APR 29 2015

(Office Use Only)

Instructions:

1. Complete and mail to: Secretary of State, P.O. Box 942877, Sacramento, CA 94277-0001  (916) 653-3984

2. Include filing fee of $10.00

Deceased Personality's Name: __Escobar__

Legal Name (optional): __Pablo Emilio Escobar Gaviria__

Date of Death: __December 2, 1993__

Name of Claimant: __Escobar Inc.__

Address of Claimant: __Mailing Address: PO Box 212 Malibu, CA 90265__
Physical Address: C/O Globamente Inc, Metro Office Park, 7 Calle 1 Suite 204, Guaynabo, Puerto Rico 00968

Percentage Interest Claimed:   ( **X** ) 100%   ( ) 50%   ( ) 25%   ( ) _____%
The above percentage is claimed in   ( **X** ) all types of rights OR ( ) limited rights described as follows:

_____
_____

I make this claim as Successor-In-Interest on the basis that I am the surviving   ( ) spouse   ( ) child   ( ) grandchild   ( ) parent OR that property rights of said deceased personality have been transferred to me by   ( **X** ) contract   ( ) trust   ( ) will.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

RETURN ACKNOWLEDGMENT TO: (Type or Print)

NAME

ADDRESS  PO Box 212
         Malibu, CA 90265

CITY/STATE/ZIP

April 27, 2015
Date

_[signature]_
Signature of Claimant

Daniel Reitberg, COO
Typed Name and Title of Claimant

SEC/STATE NP/SF 407 (REV 07/09)



# State of California
## Secretary of State

### REGISTRATION OF CLAIM AS SUCCESSOR-IN-INTEREST
(Civil Code section 3344.1)

FILE NO. 2015-016

FILED
Secretary of State
State of California
APR 28 2015

(Office Use Only)

Instructions:

1. Complete and mail to: Secretary of State, P.O. Box 942877, Sacramento, CA 94277-0001 (916) 653-3984
2. Include filing fee of $10.00

Deceased Personality's Name: Pablo Escobar

Legal Name (optional): Pablo Emilio Escobar Gaviria

Date of Death: December 2, 1993

Name of Claimant: Escobar Inc.

Address of Claimant: Mailing Address: PO Box 212 Malibu, CA 90265
Physical Address: C/O Globamente Inc, Metro Office Park, 7 Calle 1 Suite 204, Guaynabo, Puerto Rico 00968

Percentage Interest Claimed:   ( X ) 100%   ( ) 50%   ( ) 25%   ( )_____%
The above percentage is claimed in   ( X ) all types of rights OR ( ) limited rights described as follows:

I make this claim as Successor-In-Interest on the basis that I am the surviving   ( ) spouse   ( ) child   ( ) grandchild   ( ) parent OR that property rights of said deceased personality have been transferred to me by   ( X ) contract   ( ) trust   ( ) will.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

RETURN ACKNOWLEDGMENT TO: (Type or Print)

NAME
ADDRESS       PO BOX 212
CITY/STATE/ZIP  Malibu, CA 90265

April 24, 2015
Date

_Signature of Claimant_

Daniel Reitberg, COO
Typed Name and Title of Claimant

SEC/STATE NP/SF 407 (REV. 07/09)