**EXHIBIT 2**

Instagram



**escobaratlanta** • Follow
Escobar Restaurant & Tapas

**escobaratlanta** Join us for #RushHourFridays at @escobaratlanta. 💸 $5 Happy Hour ends at 8PM but the party doesn't stop until 3AM.
_____
Sounds by @djsugashae and @djerikbrown
_____
Come looking your best Each & Every Friday
_____
Immaculate Vibes, Food, Drinks, Music, & overall Experience!
Kitchen open late!
Free Admission All Night 🎤

Liked by **djerikbrown** and **others**
NOVEMBER 15, 2019

Add a comment...                              Post

More posts from **escobaratlanta**

  
  

ABOUT   HELP   PRESS   API   JOBS   PRIVACY   TERMS   LOCATIONS   TOP ACCOUNTS   HASHTAGS   LANGUAGE          © 2020 INSTAGRAM FROM FACEBOOK



escobaratlanta • Follow

escobaratlanta #Repost @djgregstreet
. . .
I'm @EscobarAtlanta Come Win @V103Atlanta #PopUp Concert Tickets To See @HairWeaveKiller @Migos @Laflare1017 3/31 @PhilipsArena

115w

rodorivasm Medellín 🔥
115w  Reply

Liked by tatianaally and others
MARCH 21, 2018

Add a comment…    Post

More posts from escobaratlanta

  
  

ABOUT   HELP   PRESS   API   JOBS   PRIVACY   TERMS   LOCATIONS   TOP ACCOUNTS   HASHTAGS   LANGUAGE      © 2020 INSTAGRAM FROM FACEBOOK















































Business Consulting Services
How Snoop Met 2 Chainz
My Images
I Am Snoop

**SEARCH THE SITE**

Search Here

### Snoop on the cover of Voyage ATL

Posted in Business, Press by Shade

Case 2:20-cv-05375-MWF-PJW   Document 1-2   Filed 06/17/20   Page 12 of 15   Page ID #:36



327 Peters St SW, Atlanta, GA 30313 | Mon - Thu 11am - 1am, Fri 11am - 3am, Sat 11am - 3am, Sun 11am - 1am | 404-941-9907

MENUS  GIFT CERTIFICATES  GALLERY  ABOUT  CONTACT  NEWS  RESERVATION

*Experience*
# ESCOBAR RESTAURANT & TAPAS
CASTLEBERRY HILL'S AU COURANT RESTAURANT & TAPAS LOUNGE
BOOK YOUR SPECIAL EVENT ONLINE

## UPSCALE RESTAURANT WITH A MENU THAT INCLUDES
## A VARIETY OF TAPAS, SALADS AND ENTREES

OWNERS, TAUHEED "2 CHAINZ" EPPS & MYCHEL "SNOOP" DILLARD

*2 Chainz & Snoop*



*atlanta*
itself as the go-to for Atlanta's celebrity crowd and A-list entertainers. Escobar promises to deliver contemporary luxury in every way, from chic decor to a cuisine that features organic and locally harvested foods.

*tasteful*
# AMBIENCE





| | | | |
|---|---|---|---|
| **HOT CHICKEN SLIDER** ............ $13 | **ESCOBAR CRAB CAKES** ............ $22 | **TWIN LOBSTER TAILS** ............ $MKT | **MACARONI AND CHEESE** ............ $6 |
| Skinny's Sauce \| Blue Cheese Crumbles \| Celery Root Remoulade | Lump Crab \| Microgreens \| Dijon Mustard Vin Blanc \| Red Skin Mashed Potatoes \| Garlic Spinach | Stone Ground Cheese Grits \| Tomato Coulis | |
| | | FRIED ........ $MKT | |
| | | GRILLED ........ $MKT | |

## ambrosial FLAVORS



### BRUNCH ENTREES

**ESCOBAR BREAKFAST** ............................................................ $12
Toasted Brioche \| Smoked Turkey Sausage \| Maple Syrup \| Seasonal Berries

**SHORT RIB BREAKFAST BOWL** ............................................ $16
Steak \| Red Bliss Potatoes \| Scallions \| Poached Egg

**STEAK AND EGGS *** ............................................................... $23
Ribeye Steak \| Two Eggs

**1/4 LB. ESCOBAR BURGER** ............................................ $15
Smoked Gouda Cheese \| Barbecue Sauce \| Fried Onions \| Choice of One Side

**ESCOBAR CRAB CAKES** ............................................ $22
Lump Crab \| Microgreens \| Dijon Mustard Vin Blanc \| Red Skin Mashed Potatoes \| Garlic Spinach



| | |
|---|---|
| **GRILLED RIBEYE** | **$33** |
| Escobar's Signature Steak Seasoning Blend | Two Sides | |
| **SHRIMP AND GRITS *** | **$16** |
| Creole Shrimp | Smoked Gouda Stone Grits | Andouille Cream Sauce | |
| **TITY BOY TURKEY BURGER** | **$14** |
| Choice of One Side | |



## subscription WITH ESCOBAR

[mc4wp_form id="4749"]



## something FOR EVERYONE
YOU DESERVE THIS KIND OF QUALITY

## book RESERVATIONS ONLINE

We Welcome Your Group Reservation!

**CLICK HERE TO BOOK ONLINE**

Have a question? Prefer to make your reservation via phone?
You can make reservations by calling us at (404) 941-7907 between the hours of 11a and 6p.



**ADDRESS & CONTACT INFO**

Escobar Restaurant and Tapas
327 Peters Street Southwest
Atlanta, GA 30313

 Get Directions

 (404) 941-7907
 contact@escobaratlanta.com
   www.escobaratlanta.com

Escobar Restaurant and Tapas is located in the heart of downtown Atlanta's Castleberry Hill, minutes away from State Farm Arena, the Georgia Dome and the Mercedes Benz Stadium. More about Us.

  

**RECENT POSTS**

2 Chainz Proposes to Kesha Ward on the Carpet at Met Gala 2018
May 21, 2018

Cirque Du Soleil Luzia - A Waking Dream of Mexico
September 13, 2017

Creative Loafing; First Look: Escobar
January 31, 2017

**SEARCH OUR SITE**

SEARCH

Copyright © 2018 Escobar Restaurant and Tapas - All rights reserved
Site designed by Rabb Consulting, LLC | Website Terms of Use

Menus   Gift Certificates   Gallery   About   Contact   News



  

